

ORDERED in the Southern District of Florida on April 12, 2018.

_____
Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No.: 17-17785-LMI |
| **MONICA DELGADO** | |
| a/k/a Monica E. Delgado | |
| a/k/a Monica Gutierrez, | |
|     Debtor. | |
| _____/ | |

### ORDER GRANTING MOTION TO ALLOW LATE FILED CLAIM TO BE TREATED AS TIMELY FILED

**THIS MATTER** came before the Court for hearing on April 10, 2018 upon the Movant BSI Financial Services, As Servicing Agent for HMC Assets, LLC solely in its capacity as Separate Trustee of Community Development Fund II Trust [D.E. 58] (the "Motion"). The Court, having reviewed the Motion, and being otherwise duly advised in the premises, it is, hereby,

**ORDERED,** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. The Claim No. 17-1 filed on March 9, 2018 (the "Claim"), filed by BSI Financial Services, As Servicing Agent for HMC Assets, LLC solely in its capacity as Separate Trustee of Community Development Fund II Trust is allowed and shall be deemed and treated as a timely filed secured claim only.

3. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

Chase A. Berger, Esq.
Florida Bar No. 083794
chase@bergerfirm.com
**GHIDOTTI | BERGER LLP**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

**Copies furnished to:**
Chase A. Berger, Esq.
Mr. Berger is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a Certificate of Service within three days (3) of entry of the order.